# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SO YOUNG KANG,<br>    Plaintiff,<br>v.<br>WELLS FARGO BANK, N.A., et al.,<br>    Defendants. | Case No. 16-cv-04309-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant filed a motion to dismiss on October 26, 2017. [Docket No. 48]. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on November 9, 2017, but no such opposition has been received. <u>Plaintiff So Young Kang is ordered to respond by **November 27, 2017**, and show cause for the failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on December 14, 2017 is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiff So Young Kang does not respond by November 27, 2017, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 20, 2017



Donna M. Ryu
United States Magistrate Judge