1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 SO YOUNG KANG,

Plaintiff,

Case No. 16-cv-04309-DMR

8 v.

**ORDER TO SHOW CAUSE WHY
PLAINTIFF'S COUNSEL SHOULD NOT
BE SANCTIONED FOR FAILURE TO
COMPLY WITH A COURT ORDER**

9 WELLS FARGO BANK, N.A., et al.,

10 Defendants.

Re: Dkt. No. 61

11

12       On December 28, 2017, Plaintiff's counsel filed a motion to withdraw as counsel of record.

13 [Docket No. 56]. Because Plaintiff's counsel did not submit pertinent documentation supporting

14 the motion, on January 17, 2018, the court ordered Plaintiff's counsel to (1) submit additional

15 documentation for *in camera* review by no later than January 26, 2018, (2) serve those documents

16 on Plaintiff, and (3) file a proof of service regarding the same. Order Requiring Personal

17 Appearance of Plaintiff at February 8, 2018 Hearing on Motion to Withdraw; and *In Camera*

18 Submission by Plaintiff's Counsel [Docket No. 61]. Plaintiff's counsel has not submitted any

19 documents for *in camera* review and no proof of service has been filed.

20       Accordingly, the court ORDERS Plaintiff's counsel to show cause in writing by **February**

21 **8, 2018** why this court should not impose sanctions against Plaintiff's counsel's for failure to

22 comply with this court's January 17, 2018 order. Failure to respond by **February 8, 2018** may

23 result in the imposition of sanctions.

24

25       **IT IS SO ORDERED.**

26 Dated: January 30, 2018

27



Judge Donna M. Ryu
United States Magistrate Judge

28

United States District Court
Northern District of California